IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HECTOR SANCHEZ                                                                                                     PLAINTIFF

v.                                              3:15CV00375-JLH-JJV

CHRIS STAKLEWICKS, Nurse,
Mississippi County Detention Center; *et al.*                                                  DEFENDANTS

**ORDER**

Hector Sanchez ("Plaintiff") filed this action *pro se* and pursuant to 42 U.S.C. § 1983. He alleges the named Defendants have failed to adequately address his serious medical needs. (Doc. No. 4.) After review of Plaintiff's Complaint (Doc. No. 2), I concluded he had impermissibly attempted to join various medical claims which were unrelated. (Doc. No. 3 at 2.) I afforded him a chance to file an Amended Complaint and he has done so. (Doc. No. 4.) While he has restated each of the claims which I initially determined were unrelated, he now appears to allege that each is related to his lack of adequate medication. Accordingly, his claims will proceed jointly and service is appropriate for all Defendants.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendants Chris Staklewicks, James Murphy, Stipumik, and Witfild and the United States Marshal shall serve a copy of the Summons, Amended Complaint (Doc. No. 4), and this Order on them without prepayment fees or costs or security therefore. Service for these Defendants should be at the Mississippi County Detention Facility, 685 N. County Road 599, Luxora, AR 72358.

DATED this 11th day of December, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1