# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

HECTOR SANCHEZ                                                                             PLAINTIFF

v.                          No. 3:15CV00375-JLH

CHRIS STAKLEWICKS, Nurse,
Mississippi County Detention Center; *et al.*                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Stankiewicz, Whitfield, and Murphy's Motion for Summary Judgment is GRANTED. Document #23.

2. Defendant Stipanuk's Motion for Summary Judgment is GRANTED. Document #26.

3. Plaintiff's Amended Complaint (Doc. No. 4) is DISMISSED with prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

5. Plaintiff incorrectly spelled Stankiewicz, Stipanuk and Whitfield. The Clerk shall amend the docket to correct these names.

SO ORDERED this 20th day of September, 2016.

                                                          /s/ J. Leon Holmes
                                                          _____
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE