# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

HECTOR SANCHEZ                                                      PLAINTIFF

v.                         No. 3:15CV00375-JLH

CHRIS STAKLEWICKS, Nurse,
Mississippi County Detention Center; *et al.*                            DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 20th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE